FILED

03/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0521

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. DA-22-0521

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

In re the Marriage of

**ANDREA OKLAND,**

          **Petitioner and Appellant,**

 and

**CHRISTOPHER OKLAND,**

          **Respondent and Appellee.**

**SECOND ORDER
EXTENDING DEADLINE
TO FILE RESPONSE BRIEF**

Appellee**,** CHRISTOPHER OKLAND, has filed a Second Motion to Extend Response Brief Deadline. Good cause appearing,

IT IS THEREFORE ORDERED that Appellee's Response Brief is now due April 13, 2023.

DATED AND ELECTRONICALLY SIGNED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2023